

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| M. V., | § | No. 08-14-00156-CV |
| Appellant, | § | Appeal from the |
| v. | § | 65th District Court |
| TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, | § | of El Paso County, Texas |
|  | § | (TC# 2012DCM07071) |
| Appellee. | § |  |

**O R D E R**

The Court GRANTS the Appellant's first motion for extension of time within which to file the brief until **August 15, 2014**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Celia Villasenor, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before August 15, 2014.

IT IS SO ORDERED this 6th day of August, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.